UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO.  8:09-cr-431-T-33TGW

BARBARA BRANKS
_____/

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court on Motion of the United States of America for Entry of a Forfeiture Money Judgment against defendant Barbara Branks in the amount of $816,000.00, which, at sentencing, will become a final order of forfeiture as to the defendant's interest property subject to forfeiture. (Doc. # 20).

The Court, being fully advised in the premises, finds that the amount of proceeds the defendant obtained as a result of the conspiracy to commit fraud and misuse of immigration documents, contrary to the provisions of 18 U.S.C. § 1546(a), in violation of 18 U.S.C. § 371, for which the defendant was convicted in Count One of the Indictment, is $ 816,000.00 in U.S. currency.

The Court further finds that, pursuant to 18 U.S.C. § 982(a)(6)(A) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the United States is entitled to a forfeiture money judgment in the amount of the proceeds of the conspiracy.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1)     The United States' Motion for Entry of a Forfeiture Money Judgment (Doc. # 20) is GRANTED.

(2)    Pursuant to the provisions of 18 U.S.C. § 982(a)(6)(A) and Rule 32.2(b)(2),

defendant Barbara Branks is liable to the United States of America for a

forfeiture money judgment in the amount of $ 816,000.00 in U.S. currency.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>5th</u> day of

February, 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record
              United States Marshals Service